JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 641 -- In re McNeilab, Inc.   "Zomax" Products Liability Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/03 | 1 | MOTION,BRIEF,SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Pltf. Roxanne Villa -- SUGGESTED TRANSFEREE DISTRICT: E.D. Pennsylvania; SUGGESTED TRANSFEREE JUDGE: Hon. Joseph S. Lord, III (emh) |
| 85/04/12 | | HEARING ORDER -- Setting motion for transfer of A-7 thru A-12 for Panel Hearing in Wash., D.C. on May 16, 1985 (ds) |
| 85/04/12 | | APPEARANCES -- DAVID F. DOBBINS for McNeilab, Inc. and Johnson & Johnson; JAN RICHARD SCHLICHTMANN for Joanne Parsons; ALAN KANNER for Sheryl Algee, Timothy J. Bennett, Velma Jones, Roxanne Villa, Andy L. Lego, and Barbara Wilson (emh) |
| 85/04/17 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- McNeilab, Inc. -- Request DENIED -- Notified involved counsel. (ds) |
| 85/04/19 | 3 | RESPONSE -- McNeilab, Inc. -- w/Memorandum, certificate of service, Exhibits A and B, and Exhibits 1 - 4 (cds) |
| 85/04/22 | 4 | RESPONSE -- Pltf. James Strine, et al., Debra Fugate, et al., Dorothy M. Collins, Sallie Ferguson, et al. -- w/cert. of svc. (rh) |
| 85/04/23 | 5 | LETTER CORRECTING SCHEDULE -- pltf. Roxanne Villa -- signed by Joan Presbery (cds) |
| 85/04/26 | | APPEARANCE -- DANA E. DEERING, ESQ. for Debra Fugate, et al.; STEVEN L. SCHILLER, ESQ. for Dorothy M. Collins and WILLIAM D. HILLMAN, ESQ. for James Strine, et al. -- signed by William D. Hillmann, Esq. on behalf of plts. listed above. (ds) |
| 85/04/26 | 6 | REQUEST FOR EXTENSION OF TIME -- Roxanne Villa -- DENIED (emh) |
| 85/04/29 | 7 | REPLY -- Pltf. Roxanne Villa w/exhibits A thru C and cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 641 -- In re McNeilab, Inc. "Zomax" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/05/09 | 8 | INTERESTED PARTY RESPONSE -- Patrick N. Civetti and Harriet Mack -- w/cert. of svc. (rh) |
| 85/05/13 | 9 | MOTION FOR AN ORDER REQUIRING DEFENDANT TO NOTIFY THE MDL PANE OF ALL ZOMAX CASES --(under consideration for transfer under section 1407) plft. Sheryl Algee, Timothy J. Bennett, et al., Velma Jones, Roxanne Villa, Andy L. Lego, and Barbara Wilson -- w/cert. of svc. (rh) |
| 85/05/16 | | HEARING APPEARANCES:  ALLAN KANNER, ESQ. for Roxanne Villa; DAVID DOBBINS, ESQ. for Johnson & Johnson and McNeilab, Inc.; WILLIAM HILLMANN, ESQ. for James Strine, et al; DANA DEERING, ESQ. or STEVEN L. SCHILLER, ESQ. for JAMES STRINE, et al. (cds) |
| 85/05/16 | | WAIVERS OF ORAL ARGUMENT:  Joanne Parsons (cds) |
| 85/05/28 | | ORDER DENYING TRANSFER OR LITIGATION pursuant to 28 U.S.C. §1407 -- Notified involved counsel, clerks, judges and misc. recipients.  (ds) |
| 85/06/10 | 10 | MOTION FOR REHEARING AND RECONSIDERATION OF ORDER DENYING TRANSFER -- plaintiff Roxanne Villa -- w/cert. of service (cds) |
| 85/06/20. | 11 | MEMORANDUM -- McNeilab, Inc. w/exhibit A and cert. of svc. (ds) |
| 85/07/08 | 12 | REPLY -- (to Pldg. #10) pltf. Roxanne Vila -- w/cert of svc. (rh) |
| 85/08/16 | | ORDER -- Panel decision to schedule hearing in accordance with Rule 13(b), R.P.J.P.M.L., for oral argument on movants motion for reconsideration of order filed on May 28, 1985 denying transfer, order further instructs counsel to comply with Rule 10, R.P.J.P.M.L. Notified involved counsel, clerks and judges. (ds) |
| 85/08/16 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Indianapolis, Indiana on Sept. 19, 1985 (rh) |
| 85/08/30 | 13 | DECLARATION OF CARON R. FREDMAN (interested party) w/cert. of svc.  (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 641 -- In re McNeilab, Inc. "Zomax" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/09/09 | 14 | DECLARATION OF DONALD L. BURKE (interested party) w/cert. of svc. (ds0 |
| 85/09/11 | 15 | LETTER -- MCNEILAB, INC. w/list of Zomax actions pending in federal courts w/cert. of svc. (rew) |
| 85/09/11 | 16 | LETTER -- pltfs. Timothy J. Bennett, et al., Velma Jones, Roxanne Villa, Andy L. Lego and Barbara Wilson -- signed by Alan Kanner, Esq. (dated 9/5/85) w/svc. (ds) |
| 85/09/18 | | HEARING APPEARANCES:  ALLAN KANNER, ESQ. for Velma Jones, et al.; STEVEN CHAREN, ESQ. for McNeilab, Inc. (cds) |
| 85/09/18 | 17 | JOINDER TO MOTION (pldg. #1) -- pltfs. Kathleen Donnelly, Kandye Lyons, Margaret Remsnyder, Daniel J. Slack and Tristine Grimes Smith w/Attachment A (schedule of plaintiffs) and cert. of svc. (ds) |
| 85/09/30 | | ORDER -- Regarding Motion for Reconsideration -- Original order of May 28, 1985 stands and Motion for Reconsideration DENIED -- Notified involved judges, clerks, counsel. (rh) |
| 85/09/30 | 18 | AFFIDAVIT -- Carmen D. Hernandez, counsel for Raymond E. Erding -- w/cert. of service (cds) |
| 85/09/30 | | ORDER -- Regarding Motion for Reconsideration -- Original order of May 28, 1985 stands and Motion for Reconsideration DENIED -- Notified involved judges, clerks, counsel. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 641 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE McNEIL LAB, INC. "ZOMAX" PRODUCTS LIABILITY LITIGATION

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/16/85 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/28/85 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: May 28, 1985

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 641 -- In re McNeilab, Inc. "Zomax" Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sheryl Algee v. McNeilab, Inc. | E.D.Pa. Fullam | 84-4347 | Dismissed 4/1/85 | | | |
| A-2 | Timothy J. Bennett, et al. v. McNeilab, Inc. | E.D.Pa. Scirica | 84-1560 | | | | |
| A-3 | Velma Jones v. McNeilab, Inc. | E.D.Pa. ~~Kanner~~ O'Neil | 84-4346 | | | | |
| A-4 | Roxanne Villa v. McNeilab, Inc. | E.D.Pa. Lord | 84-2995 | | | | |
| A-5 | Andy L. Lego *et al* v. McNeilab Pharmaceutical | E.D.Pa. Fullam | 85-1318 | | | | |
| A-6 | Barbara Wilson v. McNeilab, Inc. | E.D.Pa. Bechtle | 85-1129 | | | | |
| A-7 | Cecelia Preston v. McNeilab, Inc., et al. | N.D.Ind. Moody | H84-250 | | | | |
| A-8 | Debra Fugate, et al. v. Johnson & Johnson Products, Inc., et al. | E.D.Ky. Bertelsman | 83-179 | | | | |
| A-9 | Dorothy M. Collins v. Johnson & Johnson Co., et al. | E.D.Ky. Bertelsman | 84-11 | | | | |
| A-10 | James Strine, et al. v. Johnson & Johnson Co., et al. | E.D.Ky. Bertelsman | 84-52 | | | | |

*McNeilab*

Case MDL No. 641   Document 1   Filed 06/02/15   Page 6 of 8

DOCKET NO. 641 -- In re McNeil Lab, Inc. "Zomax" Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Sallie Ferguson, et al. v. McNeilab, Inc., et al. | E.D.Ky. Bertelsman | 84-90 | | | | |
| A-12 | Joanne Parsons v. Johnson & Johnson Co., et al. | D.Mass. Tauro | 84-686-T | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 641 -- In re McNeilab, Inc. "Zomax" Products Liability Litigation

SHERYL ALGEE (A-1)
TIMOTHY J. BENNETT, ET AL. (A-2)
VELMA JONES (A-3)
ROXANNE VILLA (A-4)
ANDY L. LEGO (A-5)
BARBARA WILSON (A-6)
Alan Kanner, Esq.
1718 Locust Street
Philadelphia, Pennsylvania 19103

CECELIA PRESTON (A-7)
Gailen W. Bridges, Esq.          (No Appearance
732 Scott Street                     Rec'd)
Covington, Kentucky 41011

DEBRA FUGATE, ET AL. (A-8)
Dana E. Deering, Esquire
Robinson, Arnzen, Parry & Wentz
500 Greenup Street
Post Office Box 472
Covington, Kentucky 31012

DOROTHY M. COLLINS (A-9)
Steven L. Schiller, Esquire
Schiller & Brown
316 Overton Street
Newport, Kentucky 31071

JAMES STRINE, ET AL., (A-10)
William D. Hillmann, Esquire
Osborne, Hillmann & Trusty
525 W. 5th Street, Suite 121
Fifth Street Center
Covington, Kentucky 41071

SALLIE FERGUSON, ET AL. (A-11)
Gailen W. Bridges, Esq.          (No Appearance
(same as A-7)                        Rec'd)

JOANNE PARSONS (A-12)
Jan Richard Schlichtmann, Esq.
Schlichtmann, Conway & Crowley
171 Milk Street
Boston, Massachusetts 02109


McNEILAB, INC.
JOHNSON & JOHNSON CO.
JOHNSON & JOHNSON PRODUCTS, INC.
McNEILAB PHARMACEUTICAL
David F. Dobbins, Esq.
Patterson, Belknap, Webb & Tyler
30 Rockefeller Plaza
New York, New York 10112

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 641 -- In re McNeilab, Inc. "Zomax" Products Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| McNeilab, Inc. | A-1,2,3,4,6,7,8,9,10,11,12 |
| Johnson & Johnson Co. | A-7,,9,10,11,12 |
| Johnson & Johnson Products Inc. | A-8 |
| McNeilab Pharmaceutical | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |